**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| John Meggs, et al., | Case No. 2:26-cv-00254-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| Napoli Enterprise Inc., | |
| Defendant. | |

Before this Court is Plaintiffs' motion to extend the time for service. ECF No. 12. Rule 4 provides that plaintiffs must serve defendants "within 90 days after the complaint is filed." Fed. R. Civ. P. 4(m). "[I]f the plaintiff shows good cause for the failure [to serve], the court must extend the time for service for an appropriate period." *Id.* Courts determine on a case-by-case basis whether the serving party has shown good cause. *U.S. v. 2,164 Watches, More or Less Bearing a Registered Trademark of Guess?, Inc.*, 366 F.3d 767, 772 (9th Cir. 2004). Generally, good cause is equated with diligence. *Townsel v. Contra Costa Cnty., Cal.*, 820 F.2d 319, 320 (9th Cir. 1987).

Here, Plaintiffs have shown good cause because they have diligently attempted service six times. ECF Nos. 12-1 and 12-2. Accordingly, this Court will grant Plaintiffs an additional 60 days to serve Defendant.

**IT IS ORDERED** that Plaintiffs motion to extend the time for service (ECF No. 12) is **GRANTED**. Plaintiffs will have until August 3, 2026, to serve Defendant.

DATED: May 28, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE